**UNITED STATES DISTRICT COURT FOR**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00517-NRN

Jeremiah J. Gish and
Anne K. Gish

 Plaintiffs,

v.

Real Time Resolutions, Inc. a Texas Corporation, and Does 1-through 100 inclusive,

 Defendants.

---

### RULE 7.1 CORPORATE DISCLOSURE
---

 Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Real Time Resolutions, Inc. provides the following corporate disclosure:  Real Time Resolutions, Inc., a Texas corporation, is wholly owned by Real Time Group, Inc., a Nevada corporation.  Neither company is publicly traded and no publicly-held corporation owns 10% or more of either company's stock

 Repectfully submitted, this 21st day of March, 2019

              WEINSTEIN & RILEY P.S.


              BY:     /s/  Charles H. Jeanfreau
              Charles H. Jeanfreau, NY Bar # 2958940
              11 Broadway, Suite 615
              New York, NY 10004
              Phone:  (212) 268-5540
              Fax:    (206) 269-3493
              Email:  charlesj@w-legal.com

And

Deanna L. Westfall, attorney # 23499
Lisa Concanon, attorney # 43043
11101 West 120th Avenue, # 280
Broomfield, CO 80021
Phone: (303) 539-8600
Fax:    (206) 269-3493
Email:  deannaw@w-legal.com; lisac@w-legal.com

*Attorneys for Defendant Real Time Resolutions, Inc*

## CERTIFICATE OF SERVICE

I certify that on March 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I served the following parties in the manner indicated below:

VIA FIRST CLASS MAIL

Jeremiah J. Gish
Anne K. Gish
9750 West Maplewood Place
Littleton, CO 80123

WEINSTEIN & RILEY P.S.

   /s/ Charles H. Jeanfreau