# UNITED STATES DISTRICT COURT FOR
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00517-NRN

Jeremiah J. Gish and
Anne K. Gish

    Plaintiffs,

v.

Real Time Resolutions, Inc. a Texas Corporation, and Does 1-through 100 inclusive,

    Defendants.

## SUPPLEMENT TO MOTION TO DISMISS (#8) AND REPLY TO RESPONSE TO MOTION TO DISMISS (#19)

Defendant Real Time Resolutions, Inc. ("RTR" or "Defendant") in accordance with the Court's April 29, 2019 minute order (#21) hereby files this Supplement to RTR's Motion To Dismiss (#8) and to RTR's Reply to Plaintiff's Opposition (#19), in order to attach unpublished cases cited in those pleadings.

    Attached herewith as Exhibits 1 through 13 are copies of the following:

1. Adams v. EMC Mortg. Corp., 2012 U.S. Dist. LEXIS 186918 (D. Colo. 2012)
2. Brunson v. Provident Funding Assocs., 608 F. App'x. 602 (10th Cir. 2015) (unpublished)
3. Christenson v. Citimortgage, Inc., 2013 U.S. Dist. LEXIS 133445 (D. Colo. 2016)
4. Cornelius v. J.P. Morgan Chase Bank, N.A., 2017 U.S. Dist. LEXIS 109042 (N.D.Ga. 2017)
5. Cousineau v. Unifund CCR Partners, 2012 U.S. Dist. LEXIS 107108 (D. Colo. 2012)
6. Cunningham v. Bank of Am., 2013 U.S. Dist. LEXIS 188592
7. Fowler v. Bank of Am., 747 F. App'x 666 (10th Cir. 2018) (unpublished)
8. Kohut v. Bank of Am., 2011 U.S. Dist. LEXIS 93951 (D. Colo. 2011)
9. Ogden v. PNC Bank, 2014 U.S. Dist. LEXIS 113646 (D. Colo. 2014)
10. Schwartz v. Bank of Am., 2011 U.S. Dist. LEXIS 37076 (D. Colo. 2011)
11. Snider v. BAC Home Loans Servicing, LP, 2011 U.S. Dist. LEXIS 109045 (D. Colo. 2011)
12. Wessler v. Colonial Nat'l Mortg., 2012 U.S. Dist. LEXIS 169723 (D. Colo. 2012)
13. Whittier v. Ocwen Loan Servicing, L.L.C., 594 F.App'x 833 (5th Cir. 2014).

Repectfully submitted, this 1st day of May, 2019.

                              WEINSTEIN & RILEY, P.S.

                              /s/ Charles H. Jeanfreau
                              Charles H. Jeanfreau Jr., NY Bar # 2958940
11 Broadway Ste 615
New York, NY 10004-1490
Telephone: (212) 268-5540
Facsimile: (206) 269-3493
Email: CharlesJ@w-legal.com

And

Deanna L. Westfall, attorney # 23499
Lisa Concanon, attorney # 43043
11101 West 120th Avenue, # 280
Broomfield, CO 80021
Phone: (303) 539-8600
Fax:    (206) 269-3493
Email:  deannaw@w-legal.com; lisac@w-legal.com

*Attorneys for Defendant Real Time Resolutions, Inc.*

2

## **CERTIFICATE OF SERVICE**

I certify that on May 1, 2019, I electronically filed Defendant Real Time Resolutions, Inc.'s Supplement to Motion to Dismiss and To Reply to Response to Motion to Dismiss with the Clerk of the Court.  On May 1, 2019, I mailed said document via first class mail, postpage prepaid, to the following address:

Jeremiah J. Gish
Anne K. Gish
9750 West Maplewood Place
Littleton, CO 80123

                                                WEINSTEIN & RILEY, P.S.

                                                 /s/ Charles H. Jeanfreau
                                                Charles H. Jeanfreau Jr., NY Bar # 2958940
                                                11 Broadway Ste 615
                                                New York, NY 10004-1490
                                                Telephone: (212) 268-5540
                                                Facsimile: (206) 269-3493
                                                Email: CharlesJ@w-legal.com